FILED

AUG - 6 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. MO-13-CR-239 |
| Plaintiff, | INDICTMENT |
| V. | [Vio: 18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 2 – Aiding & Abetting] |
| DARLENE AURELIA BISHOP, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. § 1343]

That from on or about June 2010 to on or about February 8, 2011, in the Western District of Texas, the District of Colorado, and elsewhere, the Defendant,

**DARLENE AURELIA BISHOP,**

aided and abetted others, for the purpose of executing a scheme and artifice to defraud various individuals, and obtain money from those individuals by means of materially false and fraudulent pretenses, representations, and promises, intentionally and knowingly transmitted and caused to be transmitted information via wire which process caused writings, signs and signals to be transmitted in interstate commerce, and which affected various financial institutions. All in violation of Title 18, United States Code, Section 1343 and Section 2.

ROBERT PITMAN
UNITED STATES ATTORNEY

AUSTIN M. BERRY
Assistant United States Attorney

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Sealed | | |
| COUNTY: Ector | DIVISION: MIDLAND/ODESSA | JUDGE: |
| DATE: | MAG CT #: | FBI #: |
| CASE NO: MO-13-CR- | ASSISTANT U.S. ATTORNEY: | |
| DEFENDANT: Darlene Aurelia Bishop | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: INTERPRETER NEEDED   LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>    EMPLOYED<br>    APPOINTED | | |
| DEFENDANT IS: | | |
| DATE OF ARREST: | | BENCH WARRANT:  XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE:  No | | |
| PROSECUTION BY:  Information | | |
| OFFENSE (Code and Description):  Ct. 1 – 18 USC 1343, 2 – Aiding and abetting wire fraud | | |
| OFFENSE IS:  FELONY | | |
| MAXIMUM SENTENCE:  Ct. 1 - A term of imprisonment not to exceed 20 years; a term of supervised release not to exceed 3 years; a fine not to exceed $250,000; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY:  As stated above. | | |
| REMARKS:  AGENT:<br>Shawn Mundy<br>U.S. Secret Service<br>601 North Loraine, Suite 369<br>Midland, Texas 79701 | | |

WDT-Cr-3